DEE JAY HOLDING CORPORATION, Respondent, v. PATRICK FLEMING and MATHILDA FLEMING, Appellants. (Actions Nos. 1 and 2.) — Motion to resettle order of this court, dated May 26, 1927, granted upon consent. Order signed. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MAX FINE & SONS, INC., Respondent, v. THE LINDAROSE, INC., and Others, Defendants. WOLF GELBAND, Appellant.— Motion for reargument denied. While this court* affirmed upon the opinion at Special Term, nevertheless the question of compliance with the statute† in regard to the necessary steps to effect the composition or agreement amongst the lienors and the owners was fully considered by the court. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

FLORAL PARK MUTUAL FUEL CO., INC., and JOHN LEWIS CHILDS, INC., Respondents, v. ANNIE E. FISKE, Defendant. GEORGE MAURE and MARY MAURE, Appellants.— Motion to vacate order dismissing appeal, and for leave to file and serve case, denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

FRED A. GAMBOLD, as Executor, etc., of CHARLES S. LAMPHEAR, Deceased, Respondent, v. GEORGE W. MACLEAN and ERNEST C. COLTER, as Surviving Executors of and Trustees, etc., of KATHERINE L. MACLEAN, Deceased, Appellants. — Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

HARWAY IMPROVEMENT COMPANY, Appellant, v. HUGH R. PARTRIDGE and the CITY OF NEW YORK, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

HENRY S. HOTALING, Respondent, v. A. B. LEACH & CO., INC., and ARTHUR B. LEACH, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MORRIS ISER, Respondent, v. MEYER HURWITZ, Appellant, Impleaded with HERBERT MARK BUILDING CORP., INC., and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Young Kapper, Lazansky and Hagarty, JJ.